**Order entered October 6, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00545-CV

## IN THE INTEREST OF O.T.F. AND R.A.T., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-06650**

### ORDER

Before the Court is court reporter LaToya R. Young's October 4, 2022 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than October 17, 2022.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE